**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Case No. 1:24-cv-03558**

**ACCELERANT SPECIALTY INSURANCE COMPANY,**

**Plaintiff/Counterclaim Defendant,**

**v.**

**SECOND NATURE BRANDS, INC. and SECOND NATURE INSURANCE SERVICES, LLC,**

**Defendants/Counterclaim Plaintiffs,**

**v.**

**CERTAIN SUBSCRIBING MEMBERS AT LLOYD'S LONDON TO POLICY SUABA3619-2302,**

**Counterclaim Defendants.**

**DECLARATION OF KIMBERLY GODSEY, ESQ.**

Kimberly Godsey declares as follows:

1. I am General Counsel of Second Nature Brands, Inc. ("SNB") and a licensed member of the State Bar of Texas, State Bar No. 24078568.

2. I am over 18 years of age, under no legal disability, and have personal knowledge of the matters set forth in this Declaration.

3. I am submitting this Declaration in support of the motion for summary judgment of SNB and Second Nature Insurance Services LLC ("SNIS") in the above-captioned action.

4. SNIS (formerly Purple Tulip, LLC) is a wholly-owned subsidiary of SNB and is a licensed insurance producer in the District of Columbia and in all 50 states in the United States.

I attach as Exhibit A a true copy of the record of SNIS's insurance producer license in the District of Columbia maintained by the National Association of Insurance Commissioners.

5. SNB serves rental property managers, landlords and tenants nationwide with a range of services that streamline, improve and support the rental experience.

6. SNIS acts in conjunction with SNB to enable insurance coverage for landlords and tenants to be provided as a part of the package of services offered.

7. The purchase of insurance coverage by tenants as part of the Resident Benefits Package is always optional – tenants may always purchase their own insurance provided the minimum insurance requirements, if any, in their lease are satisfied.

8. In the case of the insurance policy issued by QBE Specialty Insurance Company ("QBE") insuring the property of the Plaintiffs in the *Best* lawsuit (case no. 1:24-cv-01799-JMC), the QBE policy included Plaintiffs as additional insureds and ultimately paid their property loss claim to the limits of their coverage.

9. SNIS's sole role in connection with administering the placement of the coverage provided by QBE was to act as producer, i.e., agent or broker. SNIS is not affiliated with QBE and acted as an independent agent in connection with the arrangement of the insurance coverage benefiting the *Best* plaintiffs.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signed this 7th day of November, 2025.

(signature on follow page)

Kimberly Godsey
Signature

Kimberly Godsey
Name

General Counsel
Title

# EXHIBIT A

NAIC NATIONAL ASSOCIATION OF INSURANCE COMMISSIONERS

District of Columbia
*State Based Systems*

License Type: Insurance Producer

This document may serve in lieu of a Letter of Certification.

## Licensee Demographics

**Name:** SECOND NATURE INSURANCE SERVICES LLC **NPN:** 20224621
**Domicile State:** North Carolina **Domicile Country:** United States **Resident?:** No
**Business Address:**
RALEIGH, NC 27601

## License Quick View

| License Class | License Status | Status Date | Effective Date | Expiration Date |
|---|---|---|---|---|
| Insurance Producer | Active | 04/18/2024 | 06/01/2024 | 05/31/2026 |

## Phone, Email, Website

**Phone**

| Type | Number |
|---|---|
| Business Primary Phone | (800) 308-1186 |
| Fax Phone | (919) 324-9348 |

**Email**

| Type | E-mail |
|---|---|
| Business Email | INSURANCELICENSE@secondnature.com |

**Website**
No results found.

## License Information

**License Type:** Insurance Producer **License Number:** 3001785742 **License Status:** Active
**First Active Date:** 02/10/2022 **Effective Date:** 06/01/2024 **Status Date:** 04/18/2024
**Expiration Date:** 05/31/2026 **Legacy License ID:** **Designated Home State:**
**Shop Exchange Authorized:** No **Individual Exchange Authorized:** No

## Line Of Authority

| Line Name | Qualification | School Code | Exam/Cert Date | Line Status | Status Date | Effective Date |
|---|---|---|---|---|---|---|
| CASUALTY | RECIPROCITY | | 02/10/2022 | Approved | 04/18/2024 | 02/10/2022 |
| PROPERTY | RECIPROCITY | | 02/10/2022 | Approved | 04/18/2024 | 02/10/2022 |
| SURPLUS LINES AUTH. | RECIPROCITY | | 05/19/2023 | Approved | 04/18/2024 | 05/19/2023 |

## Designated Responsible Licensed Producer

| Name | License # | NPN | License Class | License Status | Resident State | Start Date |
|---|---|---|---|---|---|---|
| EDWIN MACKETHAN | 1027387 | 2771238 | Insurance Producer | Active | Michigan | 05/01/2024 |

## Relationships

No results found.

## Business Entity Affiliations

No results found.

## Owners, Partners, Officers and Directors

| Name | Designation | Pct Owned | Owner | Status Date | Start Date |
|---|---|---|---|---|---|
| Chris Power | CFO | | No | 11/30/2023 | 11/30/2023 |
| Thaddeus Tarkington | CEO | | No | 11/30/2023 | 11/30/2023 |
| Kevin Barry | COO | | No | | 02/10/2022 |
| Edwin MacKethan | VP | | No | 04/16/2025 | 04/16/2025 |
| Second Nature Brands, Inc. | Owner | 100 | Yes | | 02/10/2022 |

## Branch Office Information

No results found.

## Alias Names

No results found.

## Appointments

No results found.

© 2025 National Association of Insurance Commissioners. All rights reserved.

2:36 PM
11/10/2025