**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ACCELERANT SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SECOND NATURE BRANDS, INC.; and SECOND NATURE INSURANCE SERVICES, LLC;<br><br>Defendants,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SYNDICATES 4893, 609, 727, 2121 AND 2791,<br><br>Counterclaim Defendants | Case No.: 1:24-cv-03558-JMC |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON DUTY TO DEFEND AND DENYING MOTIONS FOR SUMMARY JUDGMENT OF PLAINTIFF AND COUNTERCLAIM DEFENDANTS**

Having considered the Parties' motions for summary judgment, and for good cause shown, the Court hereby ORDERS:

1. The Motion for Summary Judgment of Defendants Second Nature Brands, Inc. and Second Nature Insurance Services, LLC (ECF __) is GRANTED;

2. The Motions for Summary Judgment of Plaintiff Accelerant Specialty Insurance Company and Counterclaim Defendants Certain Underwriters at Lloyd's London Syndicates 4893, 609, 727, 2121 and 2791 (ECF 24; ECF 25) are DENIED; and

3. Each Party shall bear its own costs and expenses.

SO ORDERED.

This ___ day of _________, 2025

_______________________________
Jia M. Cobb, United States
District Court for the District of
Columbia Judge Presiding

18508939